RECEIVED
IN MONROE, LA
SEP 2 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| POLY TRUCKING, INC. | * | DOCKET NO. 06-0278 |
| VERSUS | * | JUDGE JAMES |
| DHL EXPRESS (USA), INC. AND JAMES K. WRIGHT | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that this matter be, and it is hereby DISMISSED, without prejudice, for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

THUS DONE AND SIGNED this 24 day of September, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION